Michael Paul CRIPPS,
Petitioner/Respondent,

v.

DIRECTOR OF REVENUE, State of Missouri, Defendant/Appellant.

No. 64982.

Missouri Court of Appeals,
Eastern District,
Division One.

July 12, 1994.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for appellant.

Timothy F. Devereux, Clayton, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

The Director of Revenue (Director) appeals the circuit court's order restoring petitioner's driving privileges after a trial de novo pursuant to § 302.535. We affirm.

We have reviewed the record and find the claim of error is without merit; no error of law appears. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).